UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ESLAM M. MOHAMED | § |
| | § |
| v. | § CIVIL NO. 4:21-CV-695-SDJ |
| | § |
| KAYDEN INDUSTRIES (USA), INC. | § |
| | § |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2) with Prejudice. (Dkt. #17). In said Motion, the parties jointly confirm that all disputes between them have been settled and resolved,

Accordingly,

**IT IS ORDERED** that the above-styled and numbered cause is dismissed in its entirety, with prejudice, and each party to bear its own costs and attorneys' fees.

All relief not expressly granted herein is hereby **DENIED** and this Order is in all things **FINAL**.

**The Clerk is directed to close and terminate this civil action.**

So ORDERED and SIGNED this 12th day of October, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE